```
GILBERT CONTRERAS E-59058
P.O. BOX 689 DW-243 UPPER
SOLEDAD, CALIFORNIA. 93960
```

**ORIGINAL**

IN PRO SE

FILED
AUG 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILBERT CONTRERAS,  ) CASE NO.: C-07-3774 SBA(PR)
          PETITIONER, )
V. ) MOTION: CLARIFICATION, FOR
   ) RICHARD W. WIEKING,
B. CURRY, ACTING WARDEN, ) CLERK OF THE COURT;
          RESPONDENT. )
 )
 )
_____)

    TO: THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, 450 GOLDEN GATE AVENUE, SAN FRANCISCO, CALIFORNIA. 94102. ON AUGUST 2, 2007. VIA INSTITU-TIONAL MAIL SYSTEM I RECIEVED LEGAL MAIL FROM OFFICE OF THE CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, 1301 CLAY ST., SUITE 400S, OAKLAND, CA. 94612-5212, PLEASE SEE ATTACHED EXHIBIT (A) WHICH ARE COPIES OF THESE DOCUMENTS. YOU CAN CLEARLY SEE THAT THE CLERK OF THE COURT RICHARD W. WIEKINK HAS ASSIGNED ANOTHER CIVIL CASE NO.: C-07-3818, WHO HAPPENS TO BE THE SAME PERSON WHO ASSIGNED THE ABOVE CASE NO.: C-07-3774. BEING A LAYMAN OF THE LAW I CAN ONLY GUESS THAT DEPUTY CLERKS MUST BE ASSIGNING CASES USING THE OFFICIAL STAMP OF THE CLERK OF THE COURT. I BRING TO THE ATTENTION OF THIS HONORABLE COURT OF A POSSIBLE ERROR, WHICH I HOPE CAN BE CORRECTED IMMEDIATELY

(1)

1 | TO PROTECT US ALL FROM HINDSIGHT.

2 | DATED: AUGUST 7, 2007.                    RESPECTFULLY SUBMITTED

3 | 
4 |                                            *[signature: Gilbert Contreras]*
    |                                            GILBERT CONTRERAS/IN PRO SE

5 | CC: C-FILE
    |     RECORDS
6 |     CLERK OF THE COURT/OAKLAND

26 | ///
27 | //
28 | /




**Gilbert Contreras**, E-59058
Soledad State Prison, CTF Central
P.O. Box 689
Soledad, CA 93960-0689
PRO SE

1.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

**E-Filing**

Your petition has been filed as civil case number **C 07 3818**

Your petition is deficient because:

1. __✓__ You did not pay the appropriate filing fee of $5.00. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's _In Forma Pauperis_ Application in its entirety.

2. _____ The _In Forma Pauperis_ Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's _In Forma Pauperis_ Application.

   _____ Your _In Forma Pauperis_ Application was not completed in its entirety.

   _____ You did not sign your _In Forma Pauperis_ Application.

   _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's _In Forma Pauperis_ Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning:** If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
       Deputy Clerk

rev. 4/01

CONTRERAS

**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name  CONTRERAS    GILBERT
       (Last)         (First)         (Initial)

Prisoner Number  E-59058

Institutional Address  P.O. BOX 689 DW-243 UPPER

SOLEDAD, CA. 93960-0689

---

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

GILBERT CONTRERAS
(Enter the full name of plaintiff in this action.)

vs.

B. CURRY, WARDEN (ACTING)

(Enter the full name of respondent(s) or jailor in this action)

Case No. C 07 3818
(To be provided by the clerk of court)

**PETITION FOR A WRIT OF HABEAS CORPUS**

---

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -



```
1  GILBERT CONTRERAS E-59058
   P.O. BOX 689 DW-243 UPPER
2  SOLEDAD, CALIFORNIA. 93960
3
4  IN PRO SE
5
                    E-Filing   C 07 3818   SBA
6                UNITED STATES DISTRICT COURT
7                NORTHERN DISTRICT OF CALIFORNIA
8  GILBERT CONTRERAS,              ) CASE NO.: H031100 (MONTEREY
                         PETITIONER,) COUNTY SUPER. Ct. NO. HC5350)
9  V.                              )
                                    ) MOTION: TO THE CLERK OF THE
10 B. CURRY, ACTING WARDEN,         ) COURT: REGARDING BELATED FILING
                         RESPONDENT.) FEE, DUE TO INSTITUTIONAL TRUST
11                                  ) OFFICE LOST OF PETITIONER'S
                                    ) SELF-ADDRESSED ENVELOPE TO THE
12 _____ ) CLERK OF THE COURT FOR FILING;
13
14     TO: THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT
15 NORTHERN DISTRICT OF CALIFORNIA, ON MARCH 8, 2007. I, PETITIONER
16 SUBMITTED A PETITION FOR A WRIT OF HABEAS CORPUS TO MY COUNSELOR
17 CCI ACEVES ALONG WITH A CDC-193 TRUST ACCOUNT WITHDRAWAL ORDER
18 FOR THE PURPOSE OF REMOVING $5.00 DOLLARS FROM MY TRUST ACCOUNT
19 FOR THE FILING FEE FOR THE HABEAS CORPUS, ALSO I SUBMITTED A
20 SELF-ADDRESSED STAMPPED ENVELOPE AS PER CDC TITLE 15, RULES AND
21 IN ACCORDANCE WITH THE RULES OF COURT WHEN FILING DOCUMENTATION
22 WITH THE COURT'S. TO THE FOLLOWING ADDRESS:
23 CLERK OF THE UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
24 450 GOLDEN GATE AVENUE BOX 36060
   SAN FRANCISCO, CALIFORNIA. 94102-7004
25
26 HOWEVER, I WAS JUST INFORMED BY MY COUNSELOR CCI ACEVES A (120)
27 HUNDREN AND TWENTY DAYS LATER. THAT THE TRUST OFFICE HERE AT
28                              (1)
```

PETITION FOR A WRIT OF HABEAS CORPUS

Name  CONTRERAS         GILBERT
      (Last)            (First)         (Initial)

Prisoner Number  E-19058

Institutional Address  P.O. BOX 689 DW-221 UPPER
SOLEDAD, CA. 93960-0689

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GILBERT CONTRERAS

(Enter the full name of plaintiff in this action.)

vs.

B. CURRY, WARDEN (ACTING)

Case No. C 07 3774
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -

C 07 3774



# U.S. District Court Northern California

## ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45. <u>This means that you **must**</u> (check off the boxes ☑ when done):

☐ **1) Serve** <u>this</u> ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

<u>Each attorney representing a party must also</u>:

☐ **2) Register** to become an efiler by filling out the efiler application form. Follow ALL the instructions on the form carefully. If you are already registered in this district, <u>do not</u> register again, your registration is valid for life on all ECF cases in this district.

☐ **3) Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below. You do not need to wait for your registration to be completed to email the court.

☐ **4)** Access dockets and documents using **PACER** (Public Access to Court Electronic Records). If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free. If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers submitted by attorneys in this case shall be filed electronically. Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**

## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I, **GILBERT CONTRERAS**, declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

> **GILBERT CONTRERAS**, CDCR #: **E-59058**
> CORRECTIONAL TRAINING FACILITY
> P.O. BOX 689, CELL #: **DW-243 UPPER**
> SOLEDAD, CA 93960-0689.

On **AUGUST 7, 2007.**, I served the attached:

**"MOTION FOR CLARIFICATION"**

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

| | |
|---|---|
| OFFICE OF THE CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO, CALIFORNIA. 94102 | OFFICE OF THE CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>1301 CLAY ST., SUITE 400S<br>OAKLAND, CA. 94612-5212 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **AUGUST 7, 2007.**

*/s/ Gilbert Contreras*
**GILBERT CONTRERAS**
Declarant /IN PRO SE

(3)