

GILBERT CONTRERAS E-59058
P.O. BOX 689 DW-243 UPPER
SOLEDAD, CALIFORNIA. 93960

OFFICE OF THE CLERK, U.S.
DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA. 94612-5212