Case 4:07-cv-03774-SBA  Document 4-3  Filed 11/01/2007  Page 1 of 2

# EXHIBIT 2

# CALIFORNIA APPELLATE COURTS
## Case Information



Welcome
Search
E-mail
Calendar
Help
Opinions

C|C home

**6th Appellate District**

Change court

Court data last updated: 10/29/2007 01:05 PM

Case Summary   Docket   Scheduled Actions   Briefs
Disposition   Parties and Attorneys   Trial Court

## Docket (Register of Actions)

**Contreras on Habeas Corpus**
**Case Number H031100**

| Date | Description | Notes |
|---|---|---|
| 01/19/2007 | Petition for a writ of habeas corpus filed. | |
| 02/20/2007 | Case fully briefed. | |
| 02/20/2007 | Order denying petition filed. | The petition for writ of habeas corpus is denied (P, E, WD) |
| 02/20/2007 | Case complete. | |
| 04/27/2007 | Record purged - to be shipped to state records center. | |

**Click here** to request automatic e-mail notifications about this case.

©2007 Judicial Council of California