# EXHIBIT 3

# CALIFORNIA APPELLATE COURTS
### Case Information



**Supreme Court**

Court data last updated: 10/29/2007 01:53 PM

Change court

Sidebar: Supreme Court | Welcome | Search | E-mail | Calendar | Help | Opinions | C|C home

**Case Summary   Docket   Briefs**
**Disposition   Parties and Attorneys   Lower Court**

## Docket (Register of Actions)

**CONTRERAS (GILBERT) ON H.C.**
**Case Number S150892**

| Date | Description | Notes |
|---|---|---|
| 03/12/2007 | Petition for writ of habeas corpus filed | Gilbert Contreras, petitioner in pro per |
| 04/11/2007 | Petition for writ of habeas corpus denied | George, C. J., was absent and did not participate. |

**Click here** to request automatic e-mail notifications about this case.

©2007 Judicial Council of California