1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  ANYA M. BINSACCA
   Supervising Deputy Attorney General
5  ELIZABETH S. KIM, State Bar No. 166599
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone: (415) 703-5715
    Fax: (415) 703-5843
8   Email: Elizabeth.Kim@doj.ca.gov

9  Attorneys for Respondent

10

11                   IN THE UNITED STATES DISTRICT COURT

12                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

| GILBERT CONTRERAS, | C07-03774 SBA |
|---|---|
| Petitioner, | **REPLY TO OPPOSITION TO MOTION TO DISMISS** |
| v. | |
| BEN CURRY, Warden | Judge: The Honorable Saundra B. Armstrong |
| Respondent. | |

19

20                              **INTRODUCTION**

21      Respondent Curry moved to dismiss Petitioner Contreras's habeas corpus petition on the

22  ground that he filed his petition beyond the one-year statute of limitations. In his opposition,

23  Petitioner alleges that his petition was timely filed because: (1) the California Supreme Court's

24  decision denying his habeas corpus petition was not final for 30 days; (2) his federal petition was

25  filed earlier under the mail box rule; and (3) he is entitled to statutory tolling despite the

26  unreasonable delay in filing his habeas petition in the state court of appeal.

27      For the reasons set forth below and in the moving papers, Petitioner's habeas petition

28  should be dismissed as untimely.

# REPLY

## PETITIONER'S HABEAS PETITION IS UNTIMELY.

Petitioner alleges that his petition was timely filed because California Supreme Court's denial of his habeas petition, filed-endorsed April 11, 2007, was not final for 30 days. (Opp'n at 2.) Petitioner is incorrect, however, because under Rule 8.532(b)(2) of the California Rules of Court, a California Supreme Court's decision denying a writ petition within the Court's original jurisdiction, without the issuance of an alternative writ or an order to show cause, is final on filing.[1] Because the California Supreme Court denied Petitioner's habeas petition without issuing an alternative writ or an order to show cause (Ex. 3 to Mot. to Dismiss), the court's decision was final on April 11, 2007. Thus, as of April 11, 2007, because Petitioner had waited almost exactly eleven months to file his superior court petition after exhausting his administrative remedies, he had one-month-one-day to file his federal petition assuming he is entitled to statutory tolling of the period of time his state habeas petitions were pending. 28 U.S.C. § 2244(d)(2).

Petitioner is not entitled to statutory tolling, however, because his state court petition was not properly pending when he delayed filing his petition to the state appellate court by eighty-eight days after the superior court's denial of his petition. (Exs. 1-2.) Thus, Petitioner is not entitled to statutory tolling of the eighty-eight days of unexplained and unreasonable delay from October 12, 2006 to January 19, 2007. *Carey v. Saffold*, 536 U.S. 214, 221 (2002) (a state petition is only "pending" if filed within a "reasonable time"); *Culver v. Director of Corrections*, 450 F.Supp.2d 1135, 1140 (C.D. Cal. 2006), citing *Saffold* at 853-54 (71-day and 97-day delays unreasonable because clearly longer than the 30 to 60 days most states provide for filing an appeal to the state supreme court, and "far longer than the 10-day period California gives a losing party to file a notice of appeal in the California Supreme Court"). Thus, even applying the mailbox rule, and thus using the May 8, 2007 date as the date his federal habeas petition is

---

1. The California Supreme Court has original jurisdiction in habeas corpus proceedings. Cal. Const. art. VI, § 10.

deemed to be filed, Petitioner nonetheless filed his habeas petition more than two months past the one-year statute of limitations as demonstrated below:

- Disciplinary Hearing     December 7, 2004 (found guilty)
- Director's Level Inmate Appeal Decision     May 25, 2005

**(Petitioner files superior court petition eleven months after exhausting his administrative remedies)**
- Monterey Superior     Pet. Filed 4/25/06     Denied 10/23/06

**October 23, 2006 to January 19, 2007 period not tolled**

- Cal. Ct. of Appeal     Pet. Filed 1/19/07     Denied 2/20/07
- Cal. Supreme Court     Pet. Filed 3/12/07     Denied 4/11/07
- U.S. Dist. Ct. (07-3774) Pet. Filed 5/8/07 (using mail box rule)

## CONCLUSION

Because Petitioner's habeas petition is untimely, respondent requests a dismissal of the petition.

Dated: December 11, 2007

    Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General

*[signature]*

ELIZABETH S. KIM
Deputy Attorney General
Attorneys for Respondent

40190608.wpd
SF2007200713

Reply to Opp'n to Mot. to Dismiss     *Contreras v. Curry*
    C07-03774 SBA

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Contreras v. Curry**

Case No.:    **C07-03774 SBA**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>December 11, 2007</u>, I served the attached

**REPLY TO OPPOSITION TO MOTION TO DISMISS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Gilbert Contreras
E-59058
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689
in pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **December 11, 2007**, at San Francisco, California.

| M. Xiang | *signature* |
|---|---|
| Declarant | Signature |

40195895.wpd