IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GILBERT CONTRERAS,   ) No. C 07-03774 SBA (PR)
)
    Petitioner,   )
v.   ) **JUDGMENT**
)
BEN CURRY, Warden,   )
)
    Respondent.   )
_____ )

    Pursuant to the Court's Order Granting Respondent's Motion to Dismiss Petition as Untimely signed today, this action is DISMISSED WITH PREJUDICE.  28 U.S.C. § 2244(d).

    IT IS SO ORDERED.

DATED: 9/17/08

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.07\Contreras03774.jud.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GILBERT CONTRERAS,

        Plaintiff,

  v.

B. CURRY et al,

        Defendant.
                                   /

Case Number: CV07-03774 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gilbert Contreras E-59058
Soledad State Prison, CTF Central
P.O. Box 689
Soledad, CA 93960

Dated: September 18, 2008

                            Richard W. Wieking, Clerk
                            By: LISA R CLARK, Deputy Clerk